Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | ) Case No. 1:13-cv-00252-SAB |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER RE** |
| vs. | ) **DISMISSAL OF ACTION AS TO** |
| | ) **DEFENDANT SURINDER DHANDA** |
| A & A TARZANA PLAZA LIMITED | ) **ONLY;** |
| PARTNERSHIP, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

IT IS HEREBY STIPULATED by and between Plaintiff RONALD MOORE and Defendant SURINDER K. DHANDA, aka SURINDER PAL KAUR DHANDA, dba CLOVIS FAIR DEAL LIQUOR, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice **as to Defendant SURINDER K. DHANDA, aka SURINDER PAL KAUR DHANDA, dba CLOVIS FAIR DEAL LIQUOR ONLY**.  Each party is to bear its own attorneys' fees and costs.

Date: June 3, 2013                              MOORE LAW FIRM, P.C.

                                                */s/ Tanya E. Moore*
                                                Tanya E. Moore
                                                Attorney for Plaintiff
                                                Ronald Moore

Date: June 3, 2013                    THE REICH LAW FIRM


                                      /s/ Jeff Reich
                                      Jeff Reich
                                      Attorneys for Defendant
                                      Surinder K. Dhanda, aka Surinder Pal Kaur
                                      Dhanda, dba Clovis Fair Deal Liquor


                                    **ORDER**


        The parties having so stipulated,

        IT IS HEREBY ORDERED that this action be dismissed with prejudice as to Defendant

SURINDER K. DHANDA, aka SURINDER PAL KAUR DHANDA, dba CLOVIS FAIR

DEAL LIQUOR only.


IT IS SO ORDERED.


    Dated:   **June 7, 2013**

                                      _____
                                      UNITED STATES MAGISTRATE JUDGE