1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Ronald Moore
6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **EASTERN DISTRICT OF CALIFORNIA**
9

10

11 RONALD MOORE,                           ) Case No. 1:13-cv-00252-SAB
                                           )
12           Plaintiff,                    ) **STIPULATION AND ORDER RE**
                                           ) **DISMISSAL OF ACTION AS TO**
13      vs.                                ) **DEFENDANT SURINDER DHANDA**
                                           ) **ONLY;**
14 A & A TARZANA PLAZA LIMITED             )
   PARTNERSHIP, et al.,                    )
15                                         )
             Defendants.                   )
16                                         )

17

18      IT IS HEREBY STIPULATED by and between Plaintiff RONALD MOORE and

19 Defendant SURINDER K. DHANDA, aka SURINDER PAL KAUR DHANDA, dba CLOVIS

20 FAIR DEAL LIQUOR, by and through their respective counsel, that pursuant to Federal Rule

21 of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice **as to**

22 **Defendant SURINDER K. DHANDA, aka SURINDER PAL KAUR DHANDA, dba**

23 **CLOVIS FAIR DEAL LIQUOR ONLY**.  Each party is to bear its own attorneys' fees and

24 costs.

25 Date: June 3, 2013                       MOORE LAW FIRM, P.C.

26
                                           */s/ Tanya E. Moore*
27                                         Tanya E. Moore
                                           Attorney for Plaintiff
28                                         Ronald Moore

Date: June 3, 2013						THE REICH LAW FIRM

						*/s/ Jeff Reich*
						Jeff Reich
						Attorneys for Defendant
						Surinder K. Dhanda, aka Surinder Pal Kaur Dhanda, dba Clovis Fair Deal Liquor

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice as to Defendant SURINDER K. DHANDA, aka SURINDER PAL KAUR DHANDA, dba CLOVIS FAIR DEAL LIQUOR only.

IT IS SO ORDERED.

Dated:   **June 7, 2013**						_____
						UNITED STATES MAGISTRATE JUDGE