1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Ronald Moore

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>A & A TARZANA PLAZA LIMITED PARTNERSHIP, et al.,<br><br>　　　　Defendants. | No. 1:13-cv-00252-SAB<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT A & A TARZANA PLAZA LIMITED PARTNERSHIP ONLY** |

　　　IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants A & A Tarzana Plaza Limited Partnership and PNS Stores, Inc. (also erroneously sued as Big Lots Stores, Inc.), the remaining parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice **as to Defendant A & A Tarzana Plaza Limited Partnership only**. Each party is to bear its own attorneys' fees and costs.

Date: August 1, 2013　　　　　　　　　MOORE LAW FIRM, P.C.


　　　　　　　　　　　　　　　　　　　*/s/ Tanya E. Moore*
　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　Ronald Moore
Date: July 31, 2013　　　　　　　　　　VAUGHAN & ASSOCIATES

          */s/ Cris C. Vaughan*
          Cris C. Vaughan
          Attorneys for Defendant
          A & A Tarzana Plaza Limited Partnership

Date: July 31, 2013          HAIGHT BROWN & BONESTEEL LLP

          */s/ Jesse M. Sullivan*
          Jesse M. Sullivan
          Attorneys for Defendant
          PNS Stores, Inc. (also erroneously sued as Big Lots Stores, Inc.)

## **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:  **August 1, 2013**          /s/ Lawrence J. O'Neill
                                                       UNITED STATES DISTRICT JUDGE