Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile  (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>            Plaintiff,<br><br>      vs.<br><br>A & A TARZANA PLAZA LIMITED PARTNERSHIP, a California Limited Partnership, et al.,<br><br>            Defendants. | No.  1:13-cv-00252-SAB<br><br>**STIPULATION AND ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT** |

**IT IS HEREBY STIPULATED** by and between Plaintiff, Ronald Moore ("Plaintiff"), and Defendant, PNS Stores, Inc. (also erroneously sued as Big Lots Stores, Inc.) ("Defendant," and together with Plaintiff, the "Parties"), the parties remaining in the action, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A."

**IT IS FURTHER STIPULATED** that Plaintiff will file his First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO STIPULATED**.

Dated:  August 30, 2013                MOORE LAW FIRM, P.C.

                                       */s/ Tanya E. Moore*
                                       Tanya E. Moore
                                       Attorneys for Plaintiff
                                       Ronald Moore

Dated:  August 30, 2013                HAIGHT BROWN & BONESTEEL LLP

                                       */s/ Jesse M. Sullivan*
                                       Jesse M. Sullivan
                                       Attorneys for Defendant
                                       PNS Stores, Inc. (also erroneously
                                       sued as Big Lots Stores, Inc.)

### ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff shall file his First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

IT IS SO ORDERED.

Dated:  **August 30, 2013**            _____
                                       UNITED STATES MAGISTRATE JUDGE