1  Jesse M. Sullivan (Bar No. 225932)
   HAIGHT BROWN & BONESTEEL LLP
2  Three Embarcadero Center, Suite 200
   San Francisco, California 94111
3  Telephone: 415.546.7500
   Facsimile: 415.546.7505

4
   Attorneys for Defendant PNS STORES, INC. (also
5  erroneously sued BIG LOTS STORES, INC.)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | Case No.: 1:13-cv-00252-LJO-SAB |
| Plaintiff, | **STIPULATION TO CONTINUE SETTLEMENT CONFERENCE; ORDER** |
| v. | |
| A&A TARZANA PLAZA LIMITED PARTNERSHIP, a California Limited Partnership; BIG LOTS STORES, INC., an Ohio Corporation; PNS STORES, INC., a California Corporation; SURINDER K. DHANDA, aka SURINDER PAL KAUR DHANDA, dba CLOVIS FAIR DEAL LIQUOR, | Complaint Filed: February 19, 2013<br>Trial Date: None<br><br>Settlement<br>Conference Date: October 1, 2013<br>Time: 10:30 a.m.<br>Location: Courtroom 10 |
| Defendants. | |

Plaintiff RONALD MOORE and Defendant PNS STORES, INC. (erroneously sued and served as BIG LOTS) (hereinafter "the Parties") by and through their respective counsel of record, hereby stipulate as follows:

1. A Settlement Conference in this matter is scheduled in Courtroom 10 of the above entitled court on October 1, 2013 at 10:30 am.

2. Since the scheduling of that conference, the Parties have made significant progress towards settlement and wish to continue to seek an independent resolution prior

to expending the fees and costs associated with attendance at the settlement conference, as well as conserve judicial resources.

3. Therefore, the parties respectfully request this Court continue the upcoming Settlement Conference from October 1, 2013 to November 14, 2013, which is the date agreed upon by all parties and is available per the Court.

Dated: September 19, 2013    HAIGHT BROWN & BONESTEEL LLP

By:    */s/* Jesse M. Sullivan
    Jesse M. Sullivan
    Attorneys for Defendant
    PNS STORES, INC. (also erroneously
    sued BIG LOTS STORES, INC.)

Dated: September 19, 2013    MOORE LAW FIRM, P.C.

By:    */s/* Tanya E. Moore
    Tanya E. Moore
    Attorneys for Plaintiff
    RONALD MOORE

## ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the Settlement Conference in the above matter, presently scheduled for October 1, 2013 at 10:30 am in Courtroom 10, is VACATED. The Settlement Conference will now be held on November 14, 2013 at 10:30 a.m., in Courtroom 10 of the above entitled Court.

IT IS SO ORDERED.

Dated:  **September 20, 2013**        **/s/ Gary S. Austin**
                    UNITED STATES MAGISTRATE JUDGE