1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Ronald Moore

6

7

8                  **UNITED STATES DISTRICT COURT**

9                  **EASTERN DISTRICT OF CALIFORNIA**

10

11 RONALD MOORE,                          )  No.  1:13-cv-00252-SAB
                                          )
12         Plaintiff,                     )  **STIPULATION FOR DISMISSAL OF**
                                          )  **ACTION; ORDER**
13     vs.                                )
                                          )
14 A & A TARZANA PLAZA LIMITED            )
   PARTNERSHIP, et al.,                   )
15                                        )
                                          )
16         Defendants.                    )
                                          )
17 _____ )

18

19

20

21

22

23

24

25

26

27

28

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendant PNS Stores, Inc. (also erroneously sued as Big Lots Stores, Inc.), the remaining parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: January 7, 2014    MOORE LAW FIRM, P.C.

/s/ Tanya E. Moore
Tanya E. Moore
Attorneys for Plaintiff
Ronald Moore

Date: January 14, 2014    HAIGHT BROWN & BONESTEEL LLP

/s/ Jesse M. Sullivan
Jesse M. Sullivan
Attorneys for Defendant
PNS Stores, Inc. (also erroneously sued as Big Lots Stores, Inc.)

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:   **January 14, 2014**

UNITED STATES MAGISTRATE JUDGE